**Ballard Spahr LLP**

MEMO ENDORSED

700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054-0015
TEL 856.761.3400
FAX 856.761.1020
www.ballardspahr.com

Justin E. Kerner
Tel: 856.761.3448
kernerj@ballardspahr.com

January 4, 2024

*By Electronic Filing*

The Hon. Jessica G. L. Clarke, District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, NY  10007

**Re:**   *Service Finance Company, LLC v. You Save Green Incorporated and David Magid*,
Case No. 1:23-cv-09447-JGLC

**Request for Extension of Time to Move for Default Judgment**

Dear Judge Clarke:

Ballard Spahr LLP represents the plaintiff, Service Finance Company, LLC ("SFC"), in the above-referenced action. We write pursuant to Your Honor's Individual Rules and Practices in Civil Cases to seek an extension of time to move for default judgment against the defendants, You Save Green Incorporated d/b/a YSG Solar ("YSG") and David Magid ("Magid").

YSG was served on November 7, 2023. (*See* ECF No. 11.)  Thereafter, SFC sought and the Clerk entered a Certificate of Default. (*See* ECF Nos. 12-14.)  SFC is still attempting to serve Magid.  SFC seeks an extension of time to move for default judgment so that it may continue to attempt to serve Magid, and, if successful, then seek a clerk's Certificate of Default as to Magid, and file one (rather than two) motions for default judgment.  Filing one motion for default judgment, rather than two, will result in economy and preserve judicial resources.

The original deadline for SFC's motion for default judgment is January 19, 2024. (*See* ECF No. 15.)  SFC requests a sixty-day extension, which would bring that deadline to March 19, 2024.  There have been no previous requests for an extension, and no other case management deadlines currently exist.

Because YSG is in default and Magid has not yet been served (and SFC has had no contact with either Defendant or their counsel), SFC is unable to seek Defendants' respective positions on this request.

A PA Limited Liability Partnership  |  Jeffrey S. Beenstock, Managing Partner

The Hon. Jessica G. L. Clarke, District Judge
January 4, 2024
Page 2

Respectfully submitted,

s/ *Justin Kerner*

Justin Kerner, Esq.

Application GRANTED. Motion for default judgment to be filed by **March 19, 2024**.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: January 8, 2024
         New York, New York