# Ballard Spahr
#### LLP

– – – – – – – – – – – – – – – – – –
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054-0015
TEL 856.761.3400
FAX 856.761.1020
www.ballardspahr.com

MEMO ENDORSED

Justin E. Kerner
Tel: 856.761.3448
kernerj@ballardspahr.com

February 21, 2024

*By Electronic Filing*

The Hon. Jessica G. L. Clarke, District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, NY  10007

**Re:**   *Service Finance Company, LLC v. You Save Green Incorporated and David Magid*,
      **Case No. 1:23-cv-09447-JGLC**

      **Request for Extension of Time to Move for Default Judgment**

Dear Judge Clarke:

Ballard Spahr LLP represents the plaintiff, Service Finance Company, LLC ("SFC"), in the above-referenced action.  We write pursuant to Your Honor's Individual Rules and Practices in Civil Cases to seek a second extension of time to move for default judgment against the defendants, You Save Green Incorporated d/b/a YSG Solar ("YSG") and David Magid ("Magid").

YSG was served on November 7, 2023.  (*See* ECF No. 11.)  Thereafter, SFC sought and the Clerk entered a Certificate of Default.  (*See* ECF Nos. 12-14.)  SFC served Magid on February 10, 2014. (*See* ECF No. 18.) Magid enjoys twenty-one days to answer the Complaint, and—if he does not—SFC would then need time to (1) seek a clerk's Certificate of Default as to Magid, and (2) move for default judgment as to both YSG and Magid.

The original deadline for SFC's motion for default judgment as to YSG was January 19, 2024. (*See* ECF No. 15.)  SFC requested a sixty-day extension to move for default judgment as to both YSG and Magid. (*See* ECF No. 16.) The Court granted that request, thus extending the deadline to March 19, 2024. (*See* ECF No. 17.) SFC now requests a thirty-day extension of the deadline, which would extend it to April 18, 2024.

Because YSG is in default and Magid has not yet appeared, SFC is unable to seek Defendants' respective positions on this request.

A PA Limited Liability Partnership  |  Jeffrey S. Beenstock, Managing Partner

The Hon. Jessica G. L. Clarke, District Judge
February 21, 2024
Page 2

Respectfully submitted,

s/ *Justin Kerner*

Justin Kerner, Esq.

Application GRANTED. In the event of Defendant Magid's default, Plaintiff's motion for default judgment against all defendants is due **April 18, 2024.** If Defendant Magid does not default, Plaintiff's deadline to file a default judgment motion against Defendant YSG is adjourned *sine die.* The Clerk of Court is directed to terminate ECF No. 20.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: February 22, 2024
       New York, New York