IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SERVICE FINANCE COMPANY, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**YOU SAVE GREEN INCORPORATED dba YSG SOLAR; DAVID MAGID,**<br><br>Defendants. | Case No. 1:23-cv-09447-JGLC |

## REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Plaintiff, Service Finance Company, LLC, requests a Clerk's certificate of entry of default as to Defendant David Magid ("Magid"). Within the accompanying affidavit, I affirm that Magid: (1) is not an infant or incompetent person; (2) is not in the military service; (3) was properly served under Federal Rule of Civil Procedure 4, and proof of service has been filed with the Court (ECF No. 11); and (4) has defaulted in appearance in the above captioned action.

Respectfully submitted,

Dated: March 5, 2024            BALLARD SPAHR LLP

/s *Justin E. Kerner*
Justin E. Kerner
John D. Sadler (*pro hac vice to be filed*)
1675 Broadway, 19th Floor
New York, NY 10019-5820
Telephone: (646) 346-8033
Facsimile: (212) 223-1942
kernerj@ballardspahr.com
SadlerJ@ballardspahr.com

*Counsel for Plaintiff, Service Finance Company, LLC*

1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SERVICE FINANCE COMPANY, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**YOU SAVE GREEN INCORPORATED dba YSG SOLAR; DAVID MAGID,**<br><br>**Defendants.** | Case No. 1:23-cv-09447-JGLC |

**DECLARATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

I, Justin Kerner, hereby declare as follows:

1. I am counsel of record for the plaintiff in this action.

2. This action was commenced pursuant to 28 U.S.C. § 1332.

3. The time for defendant David Magid ("Magid") to answer or otherwise move with respect to the Complaint herein has expired.

4. Magid has not answered or otherwise moved with respect to the Complaint, and the time for Magid to answer or otherwise move has not been extended.

5. To the best of my knowledge, Magid is not an infant or incompetent, or presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff, Service Finance Company, LLC, requests that the default of Magid be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: March 5, 2024						BALLARD SPAHR LLP

 /s *Justin E. Kerner*  
Justin E. Kerner  
John D. Sadler (*pro hac vice to be filed*)  
1675 Broadway, 19th Floor  
New York, NY 10019-5820  
Telephone: (646) 346-8033  
Facsimile: (212) 223-1942  
kernerj@ballardspahr.com  
SadlerJ@ballardspahr.com  

*Counsel for Plaintiff, Service Finance Company, LLC*

DMFIRM #411450471 v1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SERVICE FINANCE COMPANY, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**YOU SAVE GREEN INCORPORATED dba YSG SOLAR; DAVID MAGID,**<br><br>**Defendants.** | Case No. 1:23-cv-09447-JGLC |

## [PROPOSED] CLERK'S CERTIFICATE OF DEFAULT

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that: this action was commenced on October 27, 2023, with the filing of a summons and complaint; and copies of the summons and complaint were served on defendant David Magid ("Magid") by serving his wife and co-resident, Shoshana Magid, and also by mail, and proofs of service therefore were filed on February 15, 2024 and February 20, 2024 (*see* ECF Nos. 18 & 19). I further certify that the docket entries indicate that Magid has not filed an answer or otherwise moved with respect to the Complaint herein. The default of Magid is hereby noted.

**Dated: New York, New York**
**_____ ___, 2024**

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**

                                              **By: _____**
                                                           **Deputy Clerk**