UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERVICE FINANCE COMPANY, LLC,

                Plaintiff,

-against-

YOU SAVE GREEN INCORPORATED dba YSG SOLAR, et al.,

                Defendants.

23-CV-9447 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court is in receipt of Defendants' motion to vacate the certificates of default and to file a late answer, ECF No. 27, as well as Plaintiff's motion for default judgment, ECF No. 28. The Court also understands that Plaintiff sought to extend the deadline by which to file a motion for default judgment "to see if the matter might be resolved without judicial intervention." *See* ECF No. 26. Accordingly, the parties are directed to file a joint letter with the Court by **April 29, 2024**, stating whether the parties agree to vacate the certificates of default and for Defendants' time to answer be extended, such that the parties will proceed with an initial pretrial conference. In the letter, the parties may also note whether an ADR mechanism would be helpful in resolving this case, including referral to the District's Mediation Program, referral to a Magistrate Judge for settlement, or retention of a private mediator.

Dated: April 22, 2024
       New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*

                                      JESSICA G. L. CLARKE
                                      United States District Judge